Galasso, Langione & Botter, LLP, et al., Respondents, v Thomas F. Liotti, Defendant and Third-Party Plaintiff-Appellant. Frederick K. Brewington, Third-Party Defendant-Respondent.

Submitted October 17, 2011; decided December 15, 2011

Reported below, 81 AD3d 884.

838

Motion for reargument of motion for leave to appeal denied [*see* 17 NY3d 847 (2011)]. Motion for a stay dismissed as academic.